UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

ARMANDO JOSE JARQUIN RICO,

                      Defendant.

**ORDER**

(S1) 18 Cr. 661 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        It is hereby ORDERED that the conference in this action previously scheduled for **November 21, 2019** at 12:30 p.m. is adjourned to **November 21, 2019 at 2:30 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.  This conference is just for Defendant Rico.

Dated: New York, New York
         November 19, 2019

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge