UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

ARMANDO JOSE JARQUIN RICO,

Defendant.

**ORDER**

(S1) 18 Cr. 661 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that there will be a conference on **December 10, 2019 at 10:00 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York. This conference is just for Defendant Rico.

Dated: New York, New York
November 25, 2019

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge