UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

ARMANDO JOSE JARQUIN RICO,

Defendant.

**ORDER**

18 Cr. 661 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that the conference in this action previously scheduled for December 10, 2019 is adjourned to **January 9, 2020 at 11:00 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Upon the application of the Defendant, by and through his counsel, Sabrina Shroff, and with the consent of the United States of America, by and through Assistant United States Attorney Louis Pellegrino, it is further ORDERED that the time from December 10, 2019 through January 9, 2020 is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interests of justice. The ends of justice served by the granting of this continuance outweigh the interest of the public and the Defendants in a speedy trial, because it will permit the parties to continue discussions regarding a potential pretrial disposition of this matter.

Dated: New York, New York
       December 9, 2019

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge