UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| -against- | **ORDER** |
| ARMANDO JOSE JARQUIN RICO, | 18 Cr. 661 (PGG) |
| Defendant. | |

PAUL G. GARDEPHE, U.S.D.J.:

        Defendant Rico is currently detained at the Metropolitan Correctional Center. He has moved for release on bail. (Dkt. No. 85) The Government has been directed to respond to Defendant's application by April 15, 2020. (Dkt. No. 86)

        By April 17, 2020 at 12:00 p.m., Defendant will make a submission stating whether he consents to having his bail application decided on the papers and waives his right to a hearing. The Government will likewise make a submission by 12:00 p.m. on April 17, 2020 stating whether it consents to having Defendant's bail application decided on the papers.

Dated: New York, New York
      April 15, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge