UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                            :

UNITED STATES OF AMERICA              :

                                                             :      **ORDER**

                    - v. -                    :

                                                             :      18 Cr. 661 (PGG)

ARMANDO JOSE JARQUIN RICO,    :

                                                             :

                   Defendant.        :

                                                             :

                                                             :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

PAUL G. GARDEPHE, U.S.D.J.:

        WHEREAS the defendant has requested that his guilty plea be taken over video conference or by telephone conference (Dkt. Nos. 97, 99);

        WHEREAS, pursuant to the CARES Act, Section 15002(b)(2)(A), "the district judge in a particular case" must "find[] for specific reasons that the plea or sentencing in that case cannot be further delayed without serious harm to the interests of justice," in order to permit either procedure to be "conducted by video teleconference, or by telephone conference if video teleconferencing is not reasonably available"; and

        WHEREAS, the Court finds that the plea and sentencing in this case cannot be further delayed without serious harm to the interests of justice due to the fact that the defendant is currently detained; defense counsel intends to request a sentence of time served; and defense counsel has requested an expedited sentencing, in part, to allow for the defendant's removal from the MCC, in light of the current COVID-19 pandemic;

IT IS HEREBY ORDERED that the defendant's plea and sentencing may be conducted by video teleconference, or by telephone conference if video teleconferencing is not reasonably available, for these specified reasons.

SO ORDERED:

Dated:   New York, New York
         May 20, 2020

SO ORDERED.

*Paul G. Gardephe* (signature)

Paul G. Gardephe
United States District Judge