UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>ARMANDO JOSE JARQUIN RICO,<br><br>Defendant. | **ORDER**<br><br>18 Cr. 661 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that the sentencing of the Defendant will take place on **October 15, 2020 at 4:00 p.m.** Any submissions on behalf of the Defendant are due **September 24, 2020**, and any submission by the Government is due on **October 1, 2020**.

Dated: New York, New York
       June 30, 2020

SO ORDERED.

_Paul G. Gardephe_
_____
Paul G. Gardephe
United States District Judge