UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

ARMANDO JOSE JARQUIN RICO,

Defendant.

**ORDER**

18 Cr. 661 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

Sentencing in this matter is scheduled for September 11, 2020 at 12:00 p.m. Defense counsel has filed a sentencing brief (Dkt. No. 119) which asserts at one point that the Defendant "received (all told) about 1 kilo of drugs in the mail" (id. at 2), and asserts at another point that the Defendant "received one package which contained 2414.6 grams of heroin," another package containing "269 grams of heroin," and two additional packages containing a total of "510.8 grams of heroin." (Id. at 2 n. 1). Suffice it to say that it is far from clear how much heroin the defense contends the Defendant received in the mail. Defense counsel will make a supplemental submission by 5:00 p.m. on September 9, 2020 clarifying the matter. The Government will likewise submit a letter by 5:00 p.m. on September 9, 2020, setting forth its position concerning how much heroin the Defendant received in the mail.

Dated: New York, New York
September 8, 2020

SO ORDERED.

Paul G. Gardephe
United States District Judge