UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

ARMANDO JOSE JARQUIN RICO,

Defendant.

**ORDER**

18 Cr. 661 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      By November 17, 2020, Defendant Rico's passport is to be transferred by the U.S. Department of Homeland Security to the Immigration and Customs Enforcement officer in charge of Defendant Rico's removal.

Dated:  New York, New York
         November 10, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge